# Third District Court of Appeal

## State of Florida

Opinion filed December 6, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0995
Lower Tribunal No. 19-274-K
_____


**Tracey Oppenheimer, et al.,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.


An Appeal from a non-final order from the Circuit Court for Monroe County, Bonnie J. Helms, Judge.

Shochet Law Group, and Randall M. Shochet (Trenton), for appellants.

Dinsmore & Shohl LLP, and Kathryn L. Ender, for appellee.


Before LOGUE, C.J., and LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.